UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLTON GRAY, <br><br> Plaintiff, <br><br> -v.- <br><br> RAUL RAMOS, RAISA KATZ, LEON SCRIMMAGER, AMBER TESTA, and DAVID ONUORA, <br><br> Defendants. | 19 Civ. 3836 (KPF) <br><br> ORDER |

KATHERINE POLK FAILLA, District Judge:

Defendants filed a motion to dismiss on March 10, 2020. (Dkt. #34). On May 18, 2020, the Court granted Plaintiff an extension of time to file his opposition papers to June 15, 2020. (Dkt. #43). To date, the Court has not received Plaintiff's opposition papers. If Plaintiff's opposition papers are not received on or before July 31, 2020, the Court will consider Defendants' motion to dismiss to be unopposed and will address it accordingly.

SO ORDERED.

Dated: July 8, 2020
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge

*Sent by First Class Mail:*

Carlton Gray
NYSID: 00344553Z
DIN No. 19R0750
Wyoming Correctional Facility
P.O. Box 501
Attica, NY 14011-0501