

81 MAIN STREET  WHITE PLAINS, NY 10601-1711
TEL: 914-559-3100   FAX: 914-949-1160
WWW.HPMB.COM

**Michele C. Greco**
Associate
mgreco@hpmb.com

August 13, 2020



**VIA ECF**
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York  10007

Re:   Carlton Gray v. Raul Ramos, Raisa Katz, Leon Scrimmager, Amber Testa, and
      David Onuora
      Docket No.: 19-CV-3836
      Our File No.: 611-3286

Dear Judge Failla:

　　Our law firm represents defendants Raul Ramos, M.D., Leon Schrimmager, M.D., David Onuora, P.A., Raisa Katz, M.D. and Amber Testa, Psy.D. in the above referenced Civil Rights lawsuit brought by *pro se* plaintiff, Carlton Gray.

　　Defendants filed a Motion to Dismiss on March 10, 2020.  Pursuant to Your Honor's Order dated July 8, 2020, an Opposition to defendants' Motion to Dismiss was to be filed on or before July 31, 2020.  To date, this office has not received an Opposition or any correspondence from Mr. Gray.  Therefore, the defendants respectfully request that the Motion to Dismiss be deemed fully submitted and decided.

　　Lastly, in light of limitations caused by COVID-19, kindly advise if Your Honor requires a courtesy copy of defendants' Motion to Dismiss.

HEIDELL, PITTONI, MURPHY & BACH, LLP

NEW YORK  |  CONNECTICUT  |  WESTCHESTER  |  LONG ISLAND

2265612.1

Honorable Katherine Polk Failla
Re:  Carlton Gray v. Raul Ramos, Raisa Katz, Leon Scrimmager, Amber Testa, and David Onuora
August 13, 2020
Page: 2

Thank you for your attention and consideration of this request.

Respectfully submitted,

*Michele Greco*

Michele C. Greco

MCG/jc

cc: **VIA CERTIFIED MAIL RRR**
Carlton Gray, Pro Se
DIN No.: 19R0750
Wyoming Correctional Facility
P.O. Box 501
Attica, New York  14011-0501

The Court is in receipt of Defendants' letter requesting an update as to the status of briefing for Defendants' motion to dismiss, and seeking guidance on whether the Court expects a courtesy copy per the Court's Individual Rules.  (Dkt. #45).  As to the former issue, the Court refers the parties to the Court's Order dated July 8, 2020. (Dkt. #44).  The Court will rule on the motion in due course.  As to the latter issue, the Court would still like a courtesy copy of Defendants' motion to dismiss but understands if Defendants are unable to provide one due to the restrictions imposed by the COVID-19 pandemic.  The Court will not penalize Defendants for forgoing submission of a courtesy copy.

Dated:     August 13, 2020              SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE

*A copy of this Order was mailed by Chambers to:*

Carlton Gray
NYSID: 00344553Z
DIN No. 19R0750
Wyoming Correctional Facility
P.O. Box 501
Attica, NY 14011-0501

2265612.1