UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLTON GRAY,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>RAUL RAMOS, LEON SCRIMMAGER,<br>and DAVID ONUORA,<br><br>                    Defendants. | 19 Civ. 3836 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

On March 2, 2021, the Court granted Defendants' motion to dismiss, dismissing Plaintiff's claims against Amber Testa and Raisa Katz with prejudice, but granting Plaintiff leave to amend as to certain claims against the remaining Defendants. (Dkt. #47). The Court granted Plaintiff 60 days to file an amended complaint and warned that "[f]ailure to abide by this deadline will result in the remaining claims in this case being dismissed with prejudice." (*Id.*). To date, Plaintiff has not filed an amended complaint nor otherwise communicated with the Court. Accordingly, this case is DISMISSED with prejudice. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:  May 4, 2021
        New York, New York

                                                  _____
                                                  KATHERINE POLK FAILLA
                                                  United States District Judge